JAQUALIN FRIEND (CA Bar #177515)
**PECK LAW, LLC**
785 North 400 West
Salt Lake City, Utah 84103
Tel. (801) 521-0844
Fax (801) 505-5007
jaqfriend@aol.com

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TERESA L. HAMMOND,<br><br>   Plaintiff,<br><br>  vs.<br><br>WAL-MART STORES, INC.,<br><br>   Defendant | Case No. 1:10CV-01788LJO-DOB<br><br>**MOTION FOR CONTINUANCE OF DATE FOR INITIAL SCHEDULING CONFERENCE** |

   Pursuant to Fed. R. Civ. P. Rules 7(b) and 78 and in accordance with L.R.230(f),
Plaintiff, by and through her attorneys, hereby moves this Court for a continuance of the Initial
Scheduling Conference presently set for January 6, 2011.  Under Rule 4, Fed. R. Civ. P., the 120
day period in which to serve the Complaint does not expire until January 22, 2011.  Plaintiff is
attempting to achieve an informal resolution of this matter during this extended service period
and as such, service has yet to be made upon the Defendant. For these reasons, Plaintiff
respectfully requests that the Initial Scheduling Conference be continued for a period of ninety
(90) days, or until April 6, 2011, at 9:00 a.m.


         Respectfully submitted,

DATED:  December 23, 2010    PECK LAW, LLC

         By:   /s/ Jaqualin Friend Peterson

         Attorneys for Plaintiff
         785 North 400 West
         Salt Lake City, UT 84103

**PROPOSED ORDER CONTINUING DATE FOR**

**INITIAL SCHEDULING CONFERENCE**

Pursuant to the Motion for Continuance filed on behalf of Plaintiff, and good cause appearing thereon, it is ORDERED that the date for the Initial Scheduling Conference is rescheduled for April 6, 2011, at 9:00 a.m

IT IS SO ORDERED.

Dated:   **December 30, 2010**                 /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE

Motion for Continuance - 2