1  GINA M. CHANG, Bar No. 260747
   LITTLER MENDELSON
2  A Professional Corporation
   50 W. San Fernando, 15th Floor
3  San Jose, CA  95113.2303
   Telephone:    408.998.4150
4
   Attorneys for Defendant
5  WAL-MART STORES, INC.

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9

10 | TERESA L. HAMMOND,              Case No.  1:10-cv-01788-LJO-DLB

11 |         Plaintiff,               **STIPULATION AND ORDER FOR
                                     EXTENSION OF TIME FOR DEFENDANT
12 |    v.                            WAL-MART STORES, INC. TO RESPOND
                                     TO PLAINTIFF'S COMPLAINT**
13 | WAL-MART STORES, INC.,

14 |         Defendant.

15

16     Defendant WAL-MART STORES, INC. and Plaintiff TERESA L. HAMMOND, by and

17  through their respective counsel of record, hereby stipulate and agree that Defendant shall have a 45-

18  day extension of time, from February 3, 2011 to March 21, 2011, to file a responsive pleading to

19  Plaintiff's Complaint.

20  Dated: January 28, 2011                      Respectfully submitted,

21                                               /s/ Gina M. Chang_____
                                                 GINA M. CHANG
22                                               Attorney for Defendant
                                                 WAL-MART STORES, INC.
23

24

25  Dated: January 28, 2011                      PECK LAW, LLC

26                                               /s/ Jaqualin Friend Peterson_____
                                                 JAQUALIN FRIEND PETERSON
27                                               Attorney for Plaintiff
                                                 TERESA L. HAMMOND
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

**CASE NO.  1:10-CV-01788-LJO-DLB**                    **STIPULATION AND ORDER FOR
                                                       EXTENSION OF TIME FOR DEFENDANT TO
                                                       RESPOND TO PLAINTIFF'S COMPLAINT**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA L. HAMMOND,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | Case No.  1:10-cv-01788-LJO-DLB<br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT WAL-MART STORES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**ORDER**

Having reviewed the parties' Stipulation, the Court grants the request for a 45-day extension of time, from February 3, 2011 to March 21, 2011, for Defendant to file a responsive pleading to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:  **January 31, 2011**              /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

CASE NO. 1:10-CV-01788-LJO-DLB         2.         STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT