UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA L. HAMMOND, | Case No.  1:10-cv-01788-LJO-DLB |
| Plaintiff, | **ORDER FOR BRIEFING SCHEDULE AND NEW HEARING DATE ON DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE AND FAILURE TO STATE A CLAIM, OR ALTERNATIVELY, TO TRANSFER VENUE** |
| v. | |
| WAL-MART STORES, INC., | |
| Defendant. | |

**ORDER**

Having reviewed the parties' Stipulation, the Court grants the parties' request as follows:

1.     Plaintiff will file her response to Defendant's Motion to Dismiss for Improper Venue and for Failure to State a Claim, or Alternatively, to Transfer Venue on April 18, 2011;

2.     Defendant will file its reply on April 28, 2011; and

3.     The hearing on Defendant's Motion is continued from Tuesday, April 26, 2011 at 8:30 a.m. to Thursday, May 5, 2011 at 8:30 a.m.

Dated this 24th day of March, 2011

/s/ Lawrence J. O'Neill_____
Lawrence J. O'Neill, U.S. District Court Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

CAPTION (NO.  1:09-CV-01810-AWI-SMS)

[Proposed] Order For Briefing Schedule And New Hearing Date On Defendant's Motion To Dismiss For Improper Venue And Failure To State A Claim, Or Alternatively, To Transfer Venue