UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA L. HAMMOND,<br><br>    Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | Case No. 1:10-cv-01788-LJO-DLB<br><br>**ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>[E.D. Cal. R. 144(a)] |

   Having reviewed the parties' Stipulation, the Court grants the request for an extension of time until May 23, 2011, for Defendant to file a responsive pleading to Plaintiff's Amended Complaint.

IT IS SO ORDERED.

Dated:  **April 26, 2011**          /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

(NO. 1:10-CV-01788-LJO-DLB)

Order regarding Stipulation to Extend Time to Respond to Plaintiff's Amended Complaint